B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re   AAR Acquisition, L.L.C., 
               Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Dr. Byron Larsen<br>9377 E. Bell Road, Suite 347<br>Scottsdale, AZ 85260 | | | This claim is subject to setoff. | $79,385.07 |
| Patterson Dental Supply Inc. Special Markets<br>PO Box 64340<br>St Paul, Minnesota 55164 | | None | | $27,887.38 |
| HTA-Phoenix Paseo, LLC<br>PO Box 713490<br>Cincinnati, Ohio 45271-3490 | | None | This claim is disputed. | $17,190.23 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| Align Technology, Inc.<br>PO Box 742531<br>Los Angeles, California 90074-2531 | None | This claim is disputed. | $14,182.21 |
| Van Hook Dental Studio<br>2082 E. Southern Ave<br>Suite 101 F<br>Tempe, Arizona 85282 | None | This claim is disputed. | $10,948.80 |
| Henry Schein, Inc.<br>PO Box 371952<br>Pittsburgh, Pennsylvania 15250-7952 | None | This claim is disputed. | $10,404.06 |
| Price Kong & Co., CPAs' PA<br>5300 N. Central Avenue<br>#200<br>Phoenix, Arizona 85012 | None | This claim is disputed. | $6,879.19 |
| Precision Dental Prosthetics<br>14850 N. Cave Creek Road<br>Suite 4<br>Phoenix, 85032 | None | This claim is disputed. | $5,322.68 |
| Glidewell Laboratories<br>4141 MacArthur Blvd.<br>Newport Beach, California 92660 | None | This claim is disputed. | $4,882.54 |
| DSG Dental Services Group<br>21006 North 22nd Street<br>Suite B1<br>Phoenix, Arizona 85024 | None | This claim is disputed. | $3,781.97 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Pearson Dental Supply Company<br>13161 Telfair Avenue<br>Sylmar, California 91342-3574 | | None | This claim is disputed. | $3,458.72 |
| Digital Age Dental Laboratories<br>2110 Artesia Boulevard<br>B#-132<br>Redondo Beach, California 90278 | | None | This claim is disputed. | $3,386.34 |
| Axciss Solutions<br>PO Box 560066<br>Montverde, Florida 34756 | | None | This claim is disputed. | $2,800.43 |
| Professional Dental Services, LLC<br>8967 W. Runion Drive<br>Peoria , Arizona 85382 | | None | This claim is disputed. | $2,482.59 |
| Phoenician Dental Studio<br>1757 E. Baseline Road #121<br>Gilbert, Arizona 85233 | | None | This claim is disputed. | $2,469.00 |
| Henry Schein Practice Solutions<br>Dept CH 14200<br>Palatine, Illinois 60055-4200 | | None | This claim is disputed. | $2,438.59 |
| MME CONSULTING, INC<br> 4714 Duckhorn Dr.<br>Sacramento, California 95834 | | None | This claim is disputed. | $1,668.50 |
| DenMat Holdings, LLC<br>PO Box 511591<br>Los Angeles , California 90051-8146 | | None | This claim is disputed. | $1,600.00 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| Dawson Academy<br>390 4th Street North<br>Suite 200<br>St. Petersburg, Florida 33701 | None | This claim is disputed. | $1,595.00 |
| Discus Dental<br>PO Box 847632<br>Dallas, Texas 75284-7632 | None | This claim is disputed. | $1,592.94 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, By Leif Andersen, Chief Executive Officer of Sebring Software, Inc., which is the Sole Member of Sebring Dental of Arizona, L.L.C., which is the Sole Member of AAR Acquisition, L.L.C., an authorized agent of AAR Acquisition, L.L.C. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:    08/23/15

By Leif Andersen, Chief Executive Officer of Sebring Software, Inc., which is the Sole Member of Sebring Dental of Arizona, L.L.C., which is the Sole Member of AAR Acquisition, L.L.C., Authorized Agent